NO. 07-09-0244-CV
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 MARCH 5, 2010
 ______________________________

 JAMES L. OTWELL,

Appellant

 V.

 VESTIN MORTGAGE, INC. and VESTIN FUND II, L.L.C.,

Appellee

 _________________________________

 FROM THE 419th DISTRICT COURT OF TRAVIS COUNTY;

 NO. D-1-GN-08-000170; HONORABLE STEPHEN YELENOSKY, PRESIDING
 _______________________________

 ORDER DISMISSING APPEAL
 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
Appellant has filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
 Chief Justice